857 A.2d 673

**Robert ROHRER, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 9, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of July, 2004, probable jurisdiction is noted and the order appealed is affirmed.